NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RINAT KHAYBULLIN; SVETLANA )
KUZNETSOVA a/k/a SVETLANA )
KOUZNETSOVA, )
          )
      Appellants, )
          )
v.           )    Case No. 2D18-152
          )
U.S. BANK NATIONAL )
ASSOCIATION, as trustee for the )
CERTIFICATEHOLDERS of the )
LXS 2006-4N TRUST FUND; )
MORTGAGE ELECTRONIC )
REGISTRATION SYSTEMS, INC., )
acting solely as nominee for FIRST )
MAGNUS FINANCIAL )
CORPORATION, an ARIZONA )
CORPORATION; and GREYHAWK )
LANDING PROPERTY OWNERS )
ASSOCIATION, INC., )
          )
      Appellees. )
_____)

Opinion filed March 27, 2019.

Appeal pursuant to Fla. R. App. P.
9.130 from the Circuit Court for
Manatee County; Gilbert A. Smith, Jr.,
Judge.

Rinat Khaybullin and Svetlana
Kuznetsova a/k/a Svetlana
Kouznetsova, pro se Appellants.

Nancy M. Wallace of Akerman LLP, Tallahassee; William P. Heller of Akerman LLP, Fort Lauderdale; and Celia C. Falzone of Akerman LLP, Jacksonville, for Appellant U.S. Bank National Association.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

BLACK, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.